

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00394-CV

Joe **MCNEIL**, Short Game, LLC, and Scott Fieber,
Appellants

v.

Brad **LAUDERDALE**,
Appellee

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 24-11-29397-CV
Honorable Daniel J. Kindred, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs are taxed against the party who incurred them.

SIGNED December 17, 2025.

_H. Todd McCray_____
H. Todd McCray, Justice